UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANDRE-BOUDIN BAKERIES, INC., Plaintiff, v. INKED ORGANICS LLC, Defendant. | Case No. 19-cv-06900-VKD **ORDER TO SHOW CAUSE RE SETTLEMENT** Re: Dkt. No. 53 |
|---|---|

The Court having been informed that the parties have settled this matter, all previously scheduled deadlines and appearances are vacated.

On or before **November 6, 2020**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **November 17, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **November 10, 2020** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 2, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge